[No. 43168-4-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DELOY WESTMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00242-1, Linda Lau, J., entered August 3, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Webster, J.

[No. 43246-0-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHENG SIN SAEPHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-01615-1, John M. Darrah, J., entered August 10, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43355-5-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES INGALLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02062-4, Faith Ireland, J., entered September 21, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43358-0-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN FLOYD ANTHONY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05174-2, Jeanette R. Burrage, J., entered August 28, 1998. *Reversed* by unpublished per curiam opinion.